# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 05-3942

———————

United States of America,        *

           Appellee,       *

      *    Appeal from the United States

    v.               *    District Court for the

      *    Western District of Missouri.

Troy S. Thompson,        *

      *    [UNPUBLISHED]

           Appellant.      *

———————

Submitted: April 6, 2007
Filed: April 12, 2007

———————

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

———————

PER CURIAM.

Troy S. Thompson appeals the 24-month prison sentence that the district court[1] imposed after revoking his probation. We affirm.

Specifically, because the revocation sentence was within authorized limits and the district court considered appropriate factors in imposing it, see 18 U.S.C. §§ 3553(a), 3565(a), we conclude that Thompson's sentence is not unreasonable, see United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation

---

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

sentences are reviewed for unreasonableness in accordance with <u>United States v. Booker</u>, 543 U.S. 220 (2005)); <u>cf.</u> <u>United States v. Franklin</u>, 397 F.3d 604, 606-07 (8th Cir. 2005) (24-month revocation sentence, where Guidelines recommended 8-14 months, was not abuse of discretion where transcript showed court was aware of defendant's multiple violations of supervised-release conditions and of Guidelines range and statutory maximum).

Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____